**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/20/2020

BLANCA N. CASIANO,

                Plaintiff,                20 **CIVIL** 1488 (PMH)(AEK)

   -v-                                        **JUDGMENT**

ANDREW SAUL, Commissioner of Social
Security,
                Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated October 20, 2020, that the decision of the Commissioner of Social Security be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York
          October 20, 2020

                                                        **RUBY J. KRAJICK**
                                                         **Clerk of Court**
                          BY:
                                                          **Deputy Clerk**